29

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Keith Laws
Name of Plaintiff/Petitioner

v.                                              Case No. 3:01cv2039(RNC)(DFM)

Doctor Stein
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Keith Duane Laws

   Your present mailing address: Cheshire Correctional 900 Highland Avenue Cheshire, Ct. 06410

   Telephone number: (203) 250-2600

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Incarcerated past several yrs. plaintiff do receive a paltry 10 dollars from the facility every 2 weeks.

DENIED without prejudice. The plaintiff is directed to file his response to the defendant's motion for summary judgment within thirty (30) days from the date of this order. SO ORDERED.

/s/ Donna F. Martinez, U.S.M.J.
10/28/03