United States District Court
District of Connecticut

Keith LAWS
v.
Doctor Stein

3:01CV2039 (RNC)(DFM)

October 29, 2003

## Status report

Plaintiff in the above caption case would like to report to the court the status of his position at this time in this case. Plaintiff receive the defendants motion dated October 6 & certified October 7 on October 10th. but, due to a disciplinary infraction was confine to punitive segregation for having a lighter and cigarette thus, allowing plaintiff to only answer at this time upon receiving his personal property which is not allowed in punitive segregation.

Plaintiff is not certain if this is the appropriate writing/motion and contacted inmates legal assistance who inform plaintiff they can not assist him (see enclose) but, did correspond with assistant attorney general Henri Alexandre to inquire about one of plaintiffs many concerns as to why such documents as his mental health and medical documents from years prior to and after the incident are included in his motion. plaintiff is at alost and feel the defendants attorney is invading his privacy and is out of the scope of his authority/position

and taking advantage of plaintiff because he is not a train attorney and limited in his knowledge of the law plaintiff request/ask if he can be appointed a attorney or if his motion for appointment which is currently before the honorable court awaiting a decision can be granted before plaintiff can even try to hear or rather answer the defendants motion which would be trying for the plaintiff and since this is defendants third such attempt at filing motions on the plaintiff in relation to a ruling/summary judgement motion on the pleadings etc. the fact that this matter is at such a dispute with each side so strongly at a difference is fair enough ground to establish that there is a genuine issue of material fact and a jury trial should be appointed to resolve this matter.

plaintiff ask that the honorable inform him if they are going to rule on his pending appointment of counsel motion before he try to respon to defendants current motion or if he shall continue to try to respon which is really difficult and really out of plaintiffs league and defendants counsel is only taking advantage of plaintiff since plaintiff is enclosing correspondance from inmate legal assistance claiming they can not and will not assist plaintiff.

By: *Keith Laws*
Keith LAWS

## Certification

This is to certify that a copy of the foregoing was sent to Henri Alexandre 110 Sherman St. Hartford Ct. 06105-2294 this 29th day of October 2003.

Keith Laws, pro se
Keith Laws



LAW OFFICES
OF
SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

INMATES' LEGAL ASSISTANCE PROGRAM

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

October 22, 2003

Mr. Keith Laws
# 73653
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Laws:

This letter is to confirm our telephone conversation today, as well as previous conversations. Our office is unable to assist you with your federal lawsuit against Dr. Stein.

Sincerely,

Kenneth J. Speyer,
Staff Attorney

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT 06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP

**LAW OFFICES
OF
SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

October 22, 2003

Henri Alexandre, Esq.
Assistant Attorney General – Health & Safety
110 Sherman Street
Hartford, CT   06105

Re: Laws vs. Stein

Dear Atty. Alexandre:

Mr. Keith Laws has informed me that you have submitted copies of his DOC mental health records in support of a motion for summary judgment in this case. Mr. Laws also states that he did not sign any medical release, nor otherwise give permission, for disclosure of his confidential medical records.

Would you please inform me whether you did, in fact, provide these records to the Court, and if so, whether you obtained these records pursuant to an authorization. If there is an unexpired authorization, executed by Mr. Laws, please send me a copy of same. If you obtained these records without an authorization, please inform me of the authority which you believe permits such use of Mr. Laws' confidential records.

Thank you in advance for your anticipated, prompt response.

Sincerely,

Kenneth J. Speyer,
Staff Attorney

cc: Mr. Keith Laws

78 OAK STREET • P.O. BOX 260237 • HARTFORD, CT  06126-0237 • TEL. (860) 246-1118 • FAX (860) 246-1119
TOLL FREE NUMBER 1-800-301-ILAP