United States District court
District of connecticut

**NOV 1 4 2003**

Keith Laws
v
Doctor Stein

FILED # 3:01CV2039(RNC)(DFM)

2003 DEC -4 A 10: 14

US

November 12, 2003

## Motion for extension of time

plaintiff in the above matter request a 90 day extension of time to answer the defendants motion dated october 6, 2003 to try to secure counsel, the extension will be for 90 days of this request of Nov. 12 to February 12th 2004.

plaintiff would really appreciate the time for he is sort of at a lost and actually struggling with answering motions and trying to secure counsel as he is not a train attorney.

By: Keith Laws, plaintiff
    Keith Laws

## Certification

This is to certify that a copy of the fore going was mailed to Henri Alexandre 110 Sherman St. Hartford, ct, 06105-2294 this 12th day of november 2003.

Keith Laws pro se
Keith Laws