UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 15 P 2: 53
US DISTRICT COURT
HARTFORD CT

KEITH LAWS

v.

DOCTOR STEIN

PRISONER
Case No. 3:01CV2039 (RNC) (DFM)

## RULING AND ORDER

Plaintiff seeks an extension of time, until February 12, 2004, to respond to defendants' October 8, 2003 motion for summary judgment. Plaintiff's motion [**doc. #36**] is **GRANTED**. Plaintiff is cautioned, however, that any additional requests for extension of time to respond to this motion will not be considered favorably. If a response is not received on or before February 12, 2004, the court will rule on the motion as unopposed.

**SO ORDERED** this 15th day of December, 2003, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE