UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEITH LAWS
V.
DOCTOR STEIN

CIVIL NO. 3:01CV2039 (RNC)

February 10, 2004

## Motion in opposition to Defendants motion for summary judgment

Plaintiff in the above caption case would like to oppose to the defendants motion for summary judgment citing many reasons in their motion for summary judgment dated october 6, 2003 and certified october 7, 2003.

The defendants counsel filed a ① local rule 56(a)(1) ② statement, motion for summary judgment, ③ memorandum of law in support of motion for summary judgment, and in bold letters a ④ standard for summary judgment, also, ⑤ the eleventh amendment bars money damages against the defendant in his official capacity, also ⑥ the defendant was not deliberately indifferent to the plaintiff's medical needs, also ⑦ the plaintiff's complaint is barred by the applicable statute of limitations, also ⑧ the action is barred by the doctrines of res judicata and collateral estoppel and, last, in bold letters underlined as plaintiff displayed, The court must give full faith and credit to the decision of the claims commissioner.

Plaintiff is not certain if this is eight (8) motions or one (1) motion as it is all staple together. Plaintiff is in the process of filing more motions but was advise to file this motion a.s.a.p to meet the courts order.

Plaintiff has cited again and again that he is not a train attorney and is uncapable of responding to the defendants motion(s). plaintiff is in the process of filing a motion for appointment of counsel etc.

Plaintiff is answering this motion to the best of his ability. plaintiff ask that if this motion is not correctley responded to that the court be a little patient with him to file other motions.

By: Keith Laws
    /s/ Keith Laws

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO Henri Alexandre ON THIS 10th DAY OF February 2004

110 Sherman St.
Hartford, CT. 06105

Respectfully submitted,

By *Keith Laws*  pro se
Keith Laws