Judge Chatigny:  2/26/04

RECEIVED MAR 3 2 45 PM '04 CHAMBERS ROBERT N. CHATIGNY U.S. DISTRICT JUDGE

I am writing in concerning the enclose motion(s) (partically) the appointment of counsel.

I submitted that motion before and was advise to resubmit it again and to send a copy to you along with this letter, explaining that magistrate Martinez has denied my previous motion for counsel and I need an attorney and a extension of time to respond to summary judgment motion for the new attorney.

Will you please grant these motions, the opposition and extension motions were already sent to Bpt. but, was return for a address on the certification and was just recently sent back, so they have not been ruled on yet.

The counsel motion is being sent today along with these motions that are enclosed.

Thank you for your time and understanding

Sincerely, Mr. Keith Laws

cc