Judge Chatigny:    2/26/04

RECEIVED
MAR 3  2 45 PM '04
ROBERT N. CHATIGNY
U.S. DISTRICT JUDGE

I am writing in concern of the enclose[d] motion(s) (particallly) the appointment of counsel.

I submitted that motion before and was advise to resubmit it again and to send a copy to you along with this letter explaining that magistrate Martinez has denied my previous motion for counsel and I need an attorney and a extension of time to respond to summary judgment motion for the new attorney.

[text obscured by overlaid order]

Sincerely, Mr. Keith Laws

---

March 8, 2004.    <u>Keith Laws v. Doctor Stein</u>
                  3:01CV2039 (RNC)

The Clerk will docket this letter. Treating this letter as an objection by the pro se plaintiff to the Magistrate Judge's endorsement ruling of October 28, 2003, denying without prejudice plaintiff's motion for appointment of counsel, the objection is untimely and plaintiff has not shown that the Magistrate Judge erred. Plaintiff's inability to represent himself effectively is not a sufficient basis to support his request for free counsel. Plaintiff must also show that his claim has enough support in facts and law to justify the appointment. That has not been done. Accordingly, the Magistrate Judge's order denying the motion will not be set aside. So ordered.

                            Robert N. Chatigny, U.S.D.J.