# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

FILED

2004 MAR -4  P 4: 38

US DISTRICT COURT

Keith Laws
**Name of Plaintiff/Petitioner**

v.

Case No. 3:01CV2039(RNC)(DFM)

Doctor Stein
**Name of Defendant/Respondent**

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1.  Your full name: Keith Duane Laws

    Your present mailing address: 900 Highland Avenue
    Cheshire, ct. 06410

    Telephone number: (___)

2.  Are you presently employed? YES ____ NO ✓

3.  If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

    _____

    _____

    Weekly earnings: _____

4.  If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. incarcerated past several
    years

Date last worked: _____

Weekly earnings: _____

5.  Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? _None_

b) interest, dividends, rents or investments of any kind? _None_

c) gifts or inheritances of any kind? _None_

6.  How much money do you have in any checking or savings account(s)?

Checking: _____

Savings: _____

Prison account: _62¢_

7.  Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ____ NO ✓

If YES, describe the property and state the approximate value: _____

_____

_____

8.  How much money do you owe others? _None_

For each debt, state the name of the creditor and the amount owed:

CREDITOR                                    AMOUNT OWED

_____                           _____

_____                           _____

_____                           _____

_____                           _____

_____                           _____

9.  List the persons who depend upon you for support, and state your relationship to them.

*None for financial support parents and siblings for moral and all other support*

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES _____ NO _✓_

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. *Ledger attached.*

_____

_____

_____

_____

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. *I was given surgery not once but, twice and, was not treated thereafter for several*

(Additional space on next page)

days approximately six (6) day at which time it was discover/determine the wound was infected as plaintiff had complained of for the several days he was not treated for.

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13.  Have you spoken with any attorney about handling your case?  YES  ✓  NO __

14.  If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a)  Attorney's name  Mr. Jeffrey Kestenband

Date you contacted this attorney  Court already has letter

Method of contact (in person, by telephone, etc.)  Via phone and mail

Reason why attorney was not employed to handle your case  I am indigent and unable to employ him, plus he claim he can not take my case at this time.

b)  Attorney's name  Mr. Jeremy Weingast

Date you contacted this attorney  Court already has the letter

Method of contact (in person, by telephone, etc.)  Mail

Reason why attorney was not employed to handle your case  I am indigent and unable to employ him, plus he claim he can not take my case at this time.

4

c) Attorney's name _Mr. Kenneth Speyer_

Date you contacted this attorney _letter enclosed_

Method of contact (in person, by telephone, etc.) _Via phone and letters_

Reason why attorney was not employed to handle your case _This is the inmate legal assistance program whom can not represent me but can establish a prima facie case has been proven on my behalf and recommend counsel be appointed._

15. Explain any other efforts you have made to obtain an attorney to handle your case.

_I have several letters besides the several the court (Bpt. Federal) already has, which basically say the same thing, they can not take my case at this time. I have also been told by attorney Speyer from Ilap that I can not win and will have to go it alone if I want to pursue this case._

16. Please provide any other information which supports your application for the court to appoint counsel. _plaintiff filed this motion and was told to include specific information concerning why the inmate legal assistance available from the inmate legal assistance is inadequate at this stage of litigation. plaintiff did provide a letter which state " you heard, understood or_
cont→

17. Do you need a lawyer who speaks a language other than English?
YES ____ NO ✓

If you answered YES, what language do you speak? _____

5

remembered less then half of what I said to you" plaintiff is then told," I am spending far to much time on this case" plaintiff is also told "I do not believe that you can win this case in federal court" and, "I told you this many times."

This display of action only go to show plaintiff is hardly capable of just remembering instructions let alone filing the appropiate motions etc.

plaintiff is also told in that letter "I have told you, I will not prepare any of these papers for you. If you wish to pursue this case, do so on your own."

In a ruling of july 10th 2003 the court state it is not aware of any case in which motions or responses drafted by the inmates legal assistance were filed by a program attorney rather then the inmate plaintiff. plaintiff at this point then sent a letter to the court in which inmates legal assistance not only drafted original motions for they also may have even ask plaintiff to commit purjury by asking him to sign the notarys name and date to the motion if the notary forgot to sign. plaintiff is in-cluding a new letter from I.lap stating they will not assist him. plaintiff feel he has displayed his side, the court has the letters.

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court.  See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed.  See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so.  I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

2/16/04
Date

Original Signature of Movant

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO Henri Alex-
andre   ON THIS 16th DAY OF February 2004

Henri Alexandre

110 Sherman Street

Hartford, Connecticut 06106

Respectfully submitted,

By Keith Laws

Keith Laws

29

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Keith Laws.
_____
Name of Plaintiff/Petitioner

v.                                            Case No. 3:01cv2039(RNC)(DFM)

Doctor Stein
_____
Name of Defendant/Respondent

### MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1.   Your full name: Keith Duane LAWS

   Your present mailing address: Cheshire Correctional
900 Highland Avenue Cheshire, ct. 06410

   Telephone number: (203) 250-2600

2.   Are you presently employed? YES ____ NO ✓

3.   If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

_____

_____

   Weekly earnings: _____

4.   If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Incarcerated past several yrs.
plaintiff do receive a paltry 10 dollars from the facility
every 2 weeks.

DENIED without prejudice. The plaintiff is directed to file his response to the defendant's motion for summary judgment within thirty (30) days from the date of this order. SO ORDERED.

Donna F. Martinez, U.S.M.J.
10/28/03

33

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

March 28, 2003

Mr. Keith Laws
# 73653
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

Dear Mr. Laws:

I am responding to your letters dated March 18, 20 and 26.

As usual, you did not tell me everything when we spoke on March 17, and you heard, understood or remembered less than half of what I said to you. THIS IS WHY YOU SHOULD NOT PHONE ME. Also, I am spending far too much time on this case, in which you have already had a hearing before the Claims Commissioner, and lost. I do not believe that you can win in federal court, and I have told you this many times.

The judge has ordered that, if you wish to object to the motion, you must follow the procedures for opposing a motion for summary judgment, including Local Rule 9 (c). This requires you to file additional papers. YOU TOLD ME ON THE PHONE THAT YOU WERE FAMILIAR WITH THESE PROCEDURES. **You should also read the judge's order carefully.**

If you wish to oppose the motion, you should file an AFFIDAVIT (statement under oath, consisting of numbered sentences or short paragraphs), saying that you submitted this claim to the Claims Commissioner, and that you filed the federal lawsuit less than one year after the Commissioner denied your claim. Give specific dates if you can. You can mention what happened back in 1995, but that is not the real issue on this motion. You should also file the statement required by Rule 9 (c)(2). I have enclosed a copy of this rule. Finally, you should file a Memorandum of Law which ties everything together. If you wish the judge to consider the memorandum you previously filed, you need to mention it in your new memorandum, but it would be better to say things again in the new memorandum; do not expect the judge to jump back and forth. If you wish to use the cases I sent you with my letter of March 18, mention them in your Memorandum of Law, but also discuss the facts you have provided in your affidavit.

As I have told you, I will not prepare any of these papers for you. If you wish to pursue this case, do so on your own.

I am enclosing copies of the papers you enclosed with your letters.

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

**INMATES' LEGAL ASSISTANCE PROGRAM**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

October 22, 2003

Mr. Keith Laws
# 73653
Cheshire CI
900 Highland Avenue
Cheshire, CT 06410

*This is the new letter.*

Dear Mr. Laws:

This letter is to confirm our telephone conversation today, as well as previous conversations. Our office is unable to assist you with your federal lawsuit against Dr. Stein.

Sincerely,

Kenneth J. Speyer,
Staff Attorney



User: CHE101     CONNECTICUT DEPARTMENT OF CORRECTION     Date: 01/15/2004

DOC#: 0000073653    BKG#: 2     Name: LAWS, KEITH

**Trust Summary**

| Date | Locn | Type | Transaction Description | Amount | Current | Hold |
|------|------|------|-------------------------|--------|---------|------|
| 12/02/2003 | CTDOC | REG | CRS SAL ORD #2127789 D2 | <0.45> | 3.61 | 0.00 |
| 12/09/2003 | CTDOC | HOLID | CRS SAL ORD #2142890 D2 | <3.12> | 0.49 | 0.00 |
| 12/10/2003 | CTDOC | REG | CEC SAL ORD #2127789 | 0.45 | 0.94 | 0.00 |
| 12/15/2003 | CTDOC | REG | CRS SAL ORD #2157085 D2 | <0.45> | 0.49 | 0.00 |
| 12/16/2003 | CTDOC | HOLID | Holiday Package 125 | 50.00 | 50.49 | 0.00 |
| 12/19/2003 | CTDOC | REG | CEC SAL ORD #2157085 | 0.45 | 50.94 | 0.00 |
| 12/22/2003 | CTDOC | REG | CRS SAL ORD #2174042 D2 | <0.45> | 50.49 | 0.00 |
| 12/23/2003 | CTDOC | HOLID | CRS SAL ORD #2178140 D2 | <49.87> | 0.62 | 0.00 |
| 12/26/2003 | CTDOC | REG | CEC SAL ORD #2174042 | 0.45 | 1.07 | 0.00 |
| 12/29/2003 | CTDOC | HOLID | CHPK SAL ORD #2178140 | 1.56 | 2.63 | 0.00 |
| 12/29/2003 | CTDOC | HOLID | CHPK SAL ORD #2178140 | 1.56 | 4.19 | 0.00 |
| 12/29/2003 | CTDOC | REG | CRS SAL ORD #2188813 D2 | <0.45> | 3.74 | 0.00 |
| 12/30/2003 | CTDOC | HOLID | CRS SAL ORD #2190598 D2 | <3.12> | 0.62 | 0.00 |

Account Balances     0.62     0.00

Press list of values to display the Transaction Details     OTIDTAC