FEB 18 2004

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

KEITH LAWS
V.

DOCTOR STEIN

CIVIL NO. 3:01CV2039

2004 MAR -5 P 3: 38

February 10, 2004

US DISTRICT COURT
BRIDGEPORT CT

## Motion for extension of time

Plaintiff in the above case seek and ask your honorable judge to please grant plaintiff a 30 day extension of time to rule on his new motion for appointment of counselor/ counsel.

Plaintiff feel he is not quite capable of answering defendants motion for summary judgment and/or the courts order to respon on or, before February 12, 2004 to that motion...

Plaintiff has cited time an time again that he is not a train attorney and the inmates legal assistance program refuse to assist plaintiff, the extension will be from February 12, 2004 til March 12, 2004 while your honorable judge make a ruling/appointment of counsel decision. This extension will be greatly appreciated. plaintiff have filed a some what motion to oppose the defendants motion for summary judgment to the best of his ability but would like this extension to file a more

graphic (to the motion) the motion presently in
is to be in compliance with the courts
order to respon on or before February 12th 2004.

By: <u>Keith Laws</u>
<u>Keith Laws</u>

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO Henri Alexandra ON THIS 10th DAY OF February 2004

110 Sherman St.
Hartford, Ct. (06106)

Respectfully submitted,

By Keith Laws          pro se

Keith Laws