UNITED STATES DISTRICT COURT DISTRCT
OF CONNECTICUT

KEITH LAWS
V.
STEIN STEVEN

FILED CIVIL NO. 3:01CV2039 (RNC)
2004
2004 MAR 18 P 4: 11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Motion for extension of time

March 17

Plaintiff in the above caption case would like to request an additional 30 days from march 12th, 2004 til april 12th, 2004 for your honorable honor to answer the plaintiff's motion for appointment of counsel which is currently pending.

Plaintiff would also like this extension to answer and make a more graphic motion to his original objection to the defendants motion for summary judgment submitted by the plaintiff february 10, 2004.

Plaintiff also submitted the appointment motion february 10th 2004 or about; this time will be greatly appreciated.

By: Keith Laws
Keith Laws Pro se

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO Henri Alexandre
ON THIS 17 DAY OF March 2004

110 Sherman St.
Hartford, Ct. 06106

RESPECTFULLY SUBMITTED,

BY: *Keith Laws*
KEITH LAWS