UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH LAWS | : |
| v. | : PRISONER |
| | : Case No. 3:01CV2039(RNC)(DFM) |
| DOCTOR STEIN | : |

## RULING AND ORDER

Plaintiff seeks an extension of time, from February 12, 2004, until March 12, 2004, to respond to defendants' October 8, 2003 motion for summary judgment. Plaintiff has filed his response to the motion. Thus, his motion [**doc. #42**] now is **DENIED** as moot.

SO ORDERED this 24th day of March, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE