UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KEITH LAWS

v.

DOCTOR STEIN

PRISONER
Case No. 3:01CV2039(RNC)(DFM)

RULING AND ORDER

Plaintiff seeks a second extension of time from March 12, 2004, until April 12, 2004, to respond to defendants' October 8, 2003 motion for summary judgment. On March 24, 2004, the court denied plaintiff's first motion for extension of time. Thus, any further extension is denied as moot.

Plaintiff states that he would like to "make a more graphic motion to his original objection" to defendants' motion for summary judgment. During the three years this case has been pending, plaintiff has submitted no evidence suggesting that his claim is not barred by the three-year statute of limitations and he does not indicate in this motion that he has such evidence. Accordingly, the court concludes that plaintiff has presented no basis for delaying resolution of this case.

Plaintiff's motion [doc. #43] is DENIED.

SO ORDERED this 12th day of April, 2004, at Hartford, Connecticut.

DONNA F. MARTINEZ