UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR 19 P 3:49
U.S. DISTRICT COURT
BRIDGEPORT CONN

3:01cv2039(RNC)(DFM)
DOCKET #

KEITH LAWS
V.
DOCTOR STEIN

Supplemental information in opposition to defendants motion for summary judgment

April 13, 2004

Plaintiff in the above caption case would like to object to the defendants motion for summary judgment and to supply the following information and/or documents in support of said motion.

Defendants filed a motion or numerous motions on october 6, 2003 certified october 7, 2003 the first page/cover entitled as ① <u>Local Rule 56(a)(1) statement</u> with ② <u>a motion for summary judgment</u> and ③ <u>a memorandum of law in support of motion for summary judgment</u>

<u>introduction</u>

All three entitled as such with the underlined portion and several more titled with the underline portion such as ④ <u>Standard for summary judgment</u> etc.

## Fact

Plaintiff was given surgery not once but, 2 times, to the posterior area of his neck on January 24th, 1995 at Webster correctional facility and brought back to Cheshire correctional, the plaintiff made several request and complaints for follow up treatment but, was not treated thereafter for several days approximately (6) six days at which time it was discovered that plaintiff's wound was in fact infected as plaintiff had been complaining of the honorable has the plaintiff's medical documents which show the date of the surgery and the first treatment thereafter of surgery Jan. 24, to Jan 30 at which time the defendant doctor Stein then remove the sutures from the first surgery then reopened the wound upon discovering

the wound was in fact infected.

## Standard of review

Plaintiff is not well verse in the law and has constantly stress so and, also, that he is in dire need of counsel at this time and has been for some time the honorable court issued constant rulings and orders which bring us to the present. Plaintiff herewith submit the following documents to the honorable court with the best of intention and to the best of his ability to refute the defendants rash of motions submitted october of 2003, in that motion the defendant title it as local rule 56(a)(1) Statement Summary judgment motions following memorandum in support of summary judgment and a standard for summary judgment etc.

Again the plaintiff is not well verse in the law so plaintiff is not certain what to make of the motion(s) because it is so thick and has so many bold underline titles such as <u>summary judgment</u> and <u>the eleventh amendment bars money damages against the defendant in his official capacity</u> and <u>the defendant was not deliberately indif to the plaintiff's medical needs</u> etc.

Plaintiff and defendant are not in dispute as to when the first surgery occurred but the defendant wholly denie that a second surgery even occur yet plaintiffs head is stuffed with gauze to the point the plaintiff has to request a photo be taken and placed in his medical file and it was not documented as a surgery but as suture removal.

## Conclusion

Plaintiff respectfully submit the following documents which will show that he was in constant communication with the secretary of the claims office and, the attorney generals office to no avail, the claim secretary had to basically force the attorney generals office to respone and enter appearence in this matter and the plaintiff actually was schedule for a hearing see letter from the claims office of August 1998.

Plaintiff conclude the claim commissioner delayed and stone wall the hearing as a way and means to claim the plaintiff had time to pursue other venues When the legislative history is the state toll til the claims decide, in the interest of justice I would respectfully request that C.G.S 4-160 D be acknowledge and this matter is put before a jury trial the claim commissioner is not there to decide the merits of the law his job is to decide if there is any truth and claimet exhaust his administrative remedies I ask the honorable court to please grant a jury trial upon receipt of this motion. By: Keith Lewis pro se

## CERTIFICATION

THIS IS TO CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED TO Henri Alexandre
ON THIS 13th DAY OF April 2004
110 Sherman St.
Hartford, Ct. 06106

RESPECTFULLY SUBMITTED,

BY: _Keith Laws_
KEITH LAWS

Ms. Sullivan                                                                                3-19-97

(I only get 2 calls a month that's why I need you to call, I already use them.)

Greetings.

How are you, long time don't hear. You know like long time don't see :), anyway I called your office monday 3/17 to speak with you and you were not in.

I should have known better to call on St. Patrick day because Sullivan do seem to be a Irish name, so happy St. Patrick day.

I spoke with a lady and I asked her to give you my name so you can call and I can speak with you the next day, that is when you would be in, she said.

I have a file No. 16070 and I just wanted to know if you would pull that file and look it over and give me some kind of idea about that file. I myself have know idea what is going on and I just wanted to speak with you.

There is an attorney that filed the original claim but he said it would be to get permission to sue, and the lady I spoke with there said it is just a claim and a claim and a lawsuit are 2 seperate things. So I wanted to ask you about that and just a couple of other questions, so if you have the time and you can speak with me, I would also appreciate you calling this facility and asking to speak with me.

I will fill you in on the claim, the No. is (763-8642) ask for here Counselor Ms. Andrade and tell her you wish to speak with me. Thank you, Sincerely, Milanes

Secretary of Sullivan                                                    Asst Attorney Gen

To: Office of Claims Commissioner / Margaret E. Chardo  1-15-98

Mr. Keith Laws #236S3
Northern C.I.
P.O. Box 665
Somers, Ct. 06071

Ms. Lynch:                                File No. 16070    6-10-98

I was informed that you will be representing the state in a claim that I have pending in the claims office with the claims commissioner.

I am writing to inform you that I did send documents in that claim to Ms. Margaret Chapple but the wrong file number was included in that writing.

I am writing to Ms. Chapple and informing her of this and asking her to forward the documents to you, upon receipt of them documents you will view a photo with a hole in my head, along with institutional writings requests, grievance, Etc. Where some were answered and some were not making the state liable and neglectful.

I am sure you are also aware of Dr. Strien so you don't stand a chance and I would advise you and will be willing to talk a settlement.

That is it at this time, thank you for your time and understanding. Sincerely, Mr. K. Laws

Mr. Keith Laws
Northern CI
P.O. Box 665
Somers, Ct. (06071)

Ms. Chapple:                                               6-10-98

I am writing to inform you that the documents sent to you on January 15, 1998 were sent with the wrong file No., and should be turned over to Ms. Ann Lynch since she has enter appearance on that claim.

The actual No. is 16070 (not 17125) which I was told to send any documents pertaining to that file no to you.

I will be sending you documents pertaining to that claim soon.

So in the mean time I am sorry about the mistake in file No. and would appreciate you turning them over to Ms. Lynch.

Thank you for your time and understanding.

                                        Sincerely,
                                        Mr. Keith Laws

cc

Re: claim

Ms. Lynch:

Mr. Keith Laws
Northern CI
Somers CT. 06071

7/13/98

Enclose are the documents I sent to Ms. Margaret Chapple on Jan 15, 98.

I also sent her a follow up letter on 6/10/98 and informed her to turn them over to you because the claims secretary stated you entered appearance for the state in this claim file No. 16070. I also sent you a letter informing you.

This is the matter of a surgery I had "performance" by Dr. Sweeny but some how (so called) Dr. Stim reopened the wound leaving a big hole in my head.

You really look at this and when you are ready to ~~listen~~ come clean I may listen. Dr. Stim has since been removed from the Cheshire facility and I would like to reiterate that the state did stand a chance.

Sincerely,
Mr. Keith Laws #73653

cc

Civil case NO. 3:96 CV00092 (JBA)(DFM)

Ms. Lynch:                                                                                              7/14/98

I am writing because I received an appearance entrance from you and I just sent you 2 writings this morning on my other matters, and I just want to ask you and let you know at the same time that, it is not fair for you to keep entering appearance in matters involving me if you are not going to answer my correspondence to try to resolve any of these matters without involving the claims commissioner or a judge in the civil matter.

I have afforded you ample opportunity to retort, of which you have not and you ignore and seem to turn a deaf ear to this, well I just want you to know that I have a trail of carbon copies and there is going to be a time when I may opt for a jury trial instead of trying to compromise with you.

Also I want you to know that % Glover was inadic in another matter as far as my civil matter is concern, the incident involved 2 Lieutenants being fired and Glover being suspended just last month. Then with the Stein claim he is a imminent danger at all plausibilities enough can not be said on him, so I beg to differ on these matters with you.

Well I just thought I would add this writing to my trail of paper work and I will be responding to your latest appearance. Again thank you for your time and understanding.

                                                                            Sincerely, Mr. Keith Laws
cc

The Honorable M. Rosal Smith
Claims Commissioner
Office of the Claims Commissioner
505 Hudson Street
Hartford, Ct. (06106)

From: Mr. Keith Laws #93653
Northern C.I.
Somers, Ct. (06071)

August 3, 1998

RE: <u>Claim of Keith Laws,</u>
<u>File No. 16010</u>

Commissioner Smith:

I am writing in concern of the above file no. claim.

In this claim I have sent several documents to the Attorney generals office and your office, along with several letters to the Attorney generals office <s>particularly to a</s> <u>Ms. ANN E. Lynch</u> Who has enter appearance.

I have been trying to correspond with Ms. Lynch to conciliate some kind of relation to no avail, she has chosen instead not to ratify or refute any of my correspondence concerning this and other matters that I have correspond to her and/or Ms. Margaret A. Chapple.

Please hold a hearing soon in response to this correspondence, make Ms. Lynch acknowledge my correspondence or grant permission to sue to claimant.

Claimant has carbon copies of several correspondence to the Attorney generals office of <s>which some are in my file there</s> at your office and I will send copies of the others that I have as soon as I obtain more copies for your file there. Sincerely, Mr. K. Laws #xo

cc

JAMES R. SMITH
COMMISSIONER



80 Washington St.
Hartford, CT 06106

Telephone (860) 566-2024
Facsimile (860) 566-3406

**STATE OF CONNECTICUT**
Office of Claims Commisioner

August 12, 1998

*Note date*

Keith Laws
ID# 73653
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

Re: Claim of KEITH LAWS, FILE NO. 16070

Dear Mr. Laws:

Please be advised that the above claim is designated ready to be scheduled for a liability hearing. At this time I am unable to give you a date certain when a hearing will be scheduled.

Very truly yours,

Susan Downes
Chief Clerk

*An Equal Opportunity Employer*

HSM-03 REV 3/91

## DEPARTMENT OF CORRECTION
## INMATE MEDICAL FILE
### OUTPATIENT CLINICAL RECORD

NAME: Lewis, Keith       NUMBER: 73653
FACILITY:

| DATE | PROBLEM NUMBER | COMPLAINT OR CONDITION | TREATMENT AND DISPOSITION |
|---|---|---|---|
| 1/24/95 | N33?? (circled: "I wasn't seen 25, 26, 27 or 28") | Surgery (circled) — C/o of chronic seb. cyst Post neck / occiput. Rx 1) Tylenol 325 ii qid x 10 days 2) Bacitracin cream BID x 2 weeks 3) Please give pass for suture removal on 1/31/95 at 10³⁰ | |
| 1/29/95 6PM | | S: "My head is bleeding a little bit and it hurts. It just started bleeding." O: Scant amount of bleeding from occiput suture line. A: Alt. in skin integrity P: Area cleansed c̄ Betadine, DSD appl. — P. Burke RN | |
| 1-30-95 12:30a | | (S) "My head is bleeding" (O) Scant amt bleeding from suture line (A) Alteration in skin integrity (P) H₂O₂ clean bid x 2 days — TJ Esposito | |

HSM-03 REV.3/01

**DEPARTMENT OF CORRECTION**
**INMATE MEDICAL FILE**
OUTPATIENT CLINICAL RECORD

NAME: Laws, Keith
FACILITY: CCIC
NUMBER: 73653

| DATE | PROBLEM NUMBER | | TREATMENT AND DISPOSITION |
|---|---|---|---|
| | | blood on band aid → | |
| | | | 1/31/95 |
| | | ← dark photo of my head with a hole | |
| 1/31/95 | 1930 | Inmate requested picture of packing from 1/30/95 — given to P.L.I | |
| 1/31/95 | | S: wound check<br>O: I/m has S/P I&D to nape of neck on 1-24-95; P/E 1.5-2 cm wide & 1 cm deep wound c̄ packing — remove, cleaned c̄ Betadine & Peroxide, neosporin ointment applied & bandaid<br>A: S/P I&D<br>P: return tomorrow & daily for wound check & cleansing | |
| | | | Esposito |

**INTERDEPARTMENTAL MESSAGE**
STO-201 REV. 4/90
(Stock No. 6938-051-01)

**STATE OF CONNECTICUT**

Obtain "STATE EMPLOYEE SUGGESTION" forms from, and send your ideas to: Employee's Suggestion Awards Program, 165 Capitol Avenue Hartford, Ct 06106.

Printed on recycled (or recovered) paper

| | NAME, TITLE | DATE |
|---|---|---|
| **To** | Keith Laws #73653 | 2/9/95 |
| | AGENCY, ADDRESS | |
| | CCI-Cheshire | |
| | NAME, TITLE | TELEPHONE |
| **From** | Roland, Gerhard  CHN | 250-2613 |
| | AGENCY, ADDRESS | |
| | CCI-Cheshire Medical Department | |

Subject:

In response to the Inmate Request for 2/1/95 regarding your "improper medical treatment." You began C/O drainage from a fibrous lesion on your posterior neck on 1/5/95. At this time a surgical consult was completed and the cyst was removed on 1/24/95. On 1/30/95 you were seen by Dr. Stein who removed the sutures, cleaned wound and inserted isdoform packing. You were then placed on antibotics for 10 days and given motrin for pain. The packing was removed the next day, and you have been seen daily with the area cleaned with hydrogen peroxide and bacitracin and bandaid applied. As of 2/5/95 the area is clean without drainage noted and is approximately 3/4" long by 1/4" deep. You have been seen by both doctors on a continual basis since the problem has begun. If you have any more questions about this matter feel free to contact the Medical Department in writing.

CC:  Warden Barbieri
     Pat Calcinari, Deputy Warden Treatment
     File #73653

*Handwritten annotations:* "As you see" [arrow to Dr. Stein] "wound was closed at this time he reopened it, It was infected as I complained & complained it was"