UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

KEITH LAWS

v.

DR. STEIN
JOHN DOE
JANE DOE

PRISONER
CIVIL NO. 3:01cv2039 (RNC)

J U D G M E N T

This cause came on for consideration on the defendants' motion for summary judgment before the Honorable Robert N. Chatigny, United States District Judge.

By order of dismissal filed August 12, 2002, the Court dismissed all claims against defendants John Doe and Jane Doe.

On June 17, 2004, the Court filed its Ruling and Order granting the defendants' motion for summary judgment on the ground that the remaining claims are time-barred and directing the Clerk to enter judgment and close this case.

Therefore it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 17th day of June, 2004.

KEVIN F. ROWE, Clerk

By  /s/   Donna P. Thomas
    Donna P. Thomas
    Deputy Clerk

Entered on the Docket _____